AO 442 (Rev. 11/11) Arrest Warrant

1084275

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas
Laredo Division

United States of America
v.

Martin Avila-Garcia

*Defendant*

Case No. 5:19CR00314-S-001

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **Martin Avila-Garcia**,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☑ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Supervised Release Violation.

Date: **Jun 8, 2022**

City and state: **Laredo, Texas**

Nathan Ochsner
*Clerk of Court*

Ben Mendoza, JSS
*Issuing Officer*

Bail Fixed at: $ **No bond set**

U.S. District Judge Diana Saldaña
*Name of Judicial Officer*

### Return

This warrant was received on *(date)* 06/21/2022, and the person was arrested on *(date)* 06/28/2022
at *(city and state)* NAPPANEE, IN

Date: 06/28/2022

*Curtis J. Dawson*
*Arresting officer's signature*
Curtis Dawson  DUSM
*Printed name and title*

test

RE: Martin Avila-Garcia
Dkt. No: 5:19CR00314-S-001

4

RECEIVED

THE COURT ORDERS:

2022 JUN -8 AM 9: 38

[ ] No Action

[×] The Issuance of a Warrant, and no bond.

[ ] The Issuance of a Warrant, and no bond. Furthermore, that the issue of Supervised Release violation be addressed by the U.S. District Court at the time of disposition of Criminal Case Number _____.

[ ] The Issuance of a Warrant, and a bond of $_____ cash/surety with supervision as directed by the Probation Officer as a condition of said bond. Furthermore, that the issue of Supervised Release violation be addressed by the U.S. District Court at the time of disposition of the case currently known as _____.

[ ] That the defendant be summoned to appear before the Court on _____ at _____ for a Supervised Release violation hearing to show cause why his Supervised Release should not be revoked.

[ ] That the issue of Supervised Release violation be addressed by the U.S. District Court at the time of disposition in case #_____.

[ ] That the defendant be brought before the Court to show cause why his supervision should not be revoked on _____ at _____.

[ ] Other:

_____
Diana Saldaña
U. S. District Judge

June 7, 2022
Date

TRUE COPY I CERTIFY
ATTEST: June 09, 2022
NATHAN OCHSNER, Clerk of Court
By: s/ Ben Mendoza
Deputy Clerk